# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**750**
**CA 15-02094**
PRESENT: SMITH, J.P., PERADOTTO, DEJOSEPH, TROUTMAN, AND SCUDDER, JJ.

---

DARRYL GAITER AND HELEN GAITER,
PLAINTIFFS,

V                                          MEMORANDUM AND ORDER

CITY OF BUFFALO BOARD OF EDUCATION,
ET AL., DEFENDANTS.
---------------------------------
HOGANWILLIG, PLLC, RESPONDENT,
AND LAW OFFICE OF ERIC B. GROSSMAN,
APPELLANT.
(APPEAL NO. 2.)

---

LAW OFFICE OF ERIC B. GROSSMAN, WILLIAMSVILLE (ERIC B. GROSSMAN OF COUNSEL), FOR APPELLANT.

HOGAN WILLIG, PLLC, AMHERST (DIANE TIVERON OF COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered September 15, 2015. The order denied the motion of Law Office of Eric B. Grossman for leave to renew and reargue.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same memorandum as in *Gaiter v City of Buffalo Bd. of Educ.* ([appeal No. 1] ___ AD3d ___ [Sept. 30, 2016]).

Entered:  September 30, 2016                Frances E. Cafarell
                                           Clerk of the Court